# EXHIBIT 7



**U.S. Department of**
**Transportation**

Departmental Office of Civil Rights
1200 New Jersey Avenue, S.E., W76-401
Washington, DC 20590

Office of the Secretary
of Transportation

December 1, 2025

Mr. Janno Lieber
Chairman and Chief Executive Officer
Metropolitan Transportation Authority
2 Broadway
New York, N.Y. 10004
janno.lieber@mtahq.org

Re: Administrative Review of Second Avenue Subway Project

Dear Mr. Lieber:

The U.S. Department of Transportation (DOT or Department) has completed its initial civil
rights administrative review of the Metropolitan Transportation Authority (MTA) Second
Avenue Subway Project (the Project). The review is intended to ensure that disbursements of
Federal funds for the Project are consistent with the Equal Protection principles of the U.S.
Constitution, Federal nondiscrimination requirements under civil rights law, including Title VI
of the Civil Rights Act of 1964, and Executive Order 14173, *Ending Illegal Discrimination and
Restoring Merit-Based Opportunity*.

Although MTA provided some materials in response to our letter of October 7, 2025, it did not
provide information responsive to all the Department's requests. The Department, however,
obtained supplemental information from publicly available sources, including MTA's website.
Review of those materials revealed that MTA and its prime contractors appear to have
considered race and sex as part of both the prime and subcontract bidding and contract awards
for the Project. One specific action that appears inconsistent with the Equal Protection principles
of the U.S. Constitution is MTA's use of "Diversity Compliance" evaluation criteria.

We appreciate MTA's acknowledgment that it plans to comply with the Department's DBE
Interim Final Rule (IFR) of October 3, 2025, and has already taken steps to do so. However,
before the Department resumes funding disbursements for the Project, we ask that MTA certify
in writing to the Department within 30 days of receipt of this letter that it has taken or will take
the following actions:

1) MTA shall immediately cease the solicitation, collection, or use of any requirements that
   consider a bidder's or contractor's record of successful MWBE or DBE usage on past or

Mr. Janno Lieber
December 1, 2025
Page 2

    current projects. As provided in the IFR, for purposes of projects receiving funding from DOT, all previous DBE certifications are no longer effective or recognized.

2) MTA shall work in concert with other members of the New York Unified Certification Program (UCP) to develop a comprehensive timeline for completing the required DBE reevaluation process described in 49 CFR 26.111 and shall provide that timeline within 30 days of receipt of this letter to the Department. As memorialized in 49 CFR 26.111(c), the Department reserves the right to review for legal sufficiency the reevaluation process completed by the UCP.

3) To the extent any previously certified DBE contractor that has performed or continues to perform work under a Project contract or subcontract fails to retain its DBE certification after the UCP completes the process described in 49 CFR 26.111, MTA shall take all necessary actions within 60 days of the completion of the reevaluation process to ensure that all such contracts and subcontracts for the Project come into compliance with 49 CFR part 26, as amended by the Department's DBE IFR. These actions shall include the termination and reletting of such contracts or subcontracts (if and to the extent they continue to be needed in carrying out the Project) in accordance with the process set forth in 49 CFR 26.53(f).

DOT intends to recommence reimbursements for the Project upon certification by MTA that it will take the above actions to ensure Federal funds do not flow to uses that are inconsistent with Equal Protection principles. Specifically, DOT intends to resume funding disbursements for the Project, provided MTA certifies in writing within 30 days of receipt of this letter that it accepts and will fulfill the conditions identified in this letter. Once the Department has reviewed MTA's certification and response and has determined that the DBE reevaluation timeline is appropriate, DOT will notify MTA whether any other deficiencies need to be addressed before DOT resumes disbursements for the Project. As a reminder, the DBE IFR prohibits recipients from setting DBE contract goals until the relevant UCP completes the reevaluation process described in 49 CFR 26.111.

The Department is committed to ensuring that all DOT funds are administered consistent with Federal law and without unconstitutional considerations of race or sex. The Department reserves the right to impose further conditions on FTA's resumption of funding to MTA should other concerns arise related to consideration of race, sex, ethnicity, or national origin in MTA projects that receive DOT funds.

Mr. Janno Lieber
December 1, 2025
Page 3

Please do not hesitate to contact me if you have any questions.

Sincerely,

Date: 2025.12.01
16:33:00 -05'00'

Angela Williams
Acting Deputy Director
Departmental Office of Civil Rights