# EXHIBIT 40

# NY-2023-106 | Payment #6015158320

EXPORT CONFIRMATION PDF

Summary    History    Related Actions

---

## Overview

| | | ## Recipient | |
|---|---|---|---|
| **Grant Number** | NY-2023-106 | **Requested By** Angela Francis | **Recipient Name** METROPOLITAN TRANSPORTATION AUTHORITY |
| **Project Number** ❔ | NY-2023-106-01 | **Requested Date** 1/15/2026 4:11 PM GMT+00:00 | |
| **Request Status** | COMPLETED | | **ECN** 69082006 |
| **Total Amount** | $403,125.00 | **Approving Official** McGovern@mnr.org | |

**SAM E-Biz POC Name** TIANA GRIMES

**SAM E-Biz POC Phone** (212) 878-7007

## Project Lines

| PO Number ↑ | Scope Code | Scope Suffix | Amount | Processing Status |
|---|---|---|---|---|
| NY-03-0474 | 1404 | A3 | $403,125.00 | **NO RESPONSE** |





# Federal Transit Administration

## Request Confirmation
### # 6015158320

| | | | |
|---|---|---|---|
| **Recipient:** | METROPOLITAN TRANSPORTATION AUTHORITY | **ECN:** | 69082006 |
| **Requester:** | Angela Francis | **Grant Number:** | NY-2023-106 |
| **Requester's Phone No.:** | (212) 878-7353 | **Project Number:** | NY-2023-106-01 |
| **Approving Official:** | McGovern@mnr.org | **Payment Request Type:** | TrAMS Grant |
| **Request Date:** | 1/15/2026 4:11 PM GMT+00:00 | **Request Number:** | 792 |

| PO Number | Scope | Suffix | Available Balance | Request Amount |
|---|---|---|---|---|
| NY-03-0474 | 1404 | A3 | $10,617,651.00 | $403,125.00 |

| | |
|---|---|
| **Total Amount** | $403,125.00 |