# In The United States Court of Federal Claims
Form 2
Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: Metropolitan Transportation Authority

Location of Plaintiff(s)/Petitioner(s) (city/state): New York, New York

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Roberta A. Kaplan
    Firm Name: Kaplan Martin LLP

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 1133 Avenue of the Americas, Suite 1500
City-State-ZIP: New York, New York 10036
Telephone Number: 212-316-9500
E-mail Address: rkaplan@kaplanmartin.com

Is the attorney of record admitted to the Court of Federal Claims Bar? ☑ Yes ☐ No

Nature of Suit Code: 118
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: TRN
Number of Claims Involved: 4

Amount Claimed: $ 58,643,339.10
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $
    Is plaintiff a small business? ☐ Yes ☐ No
    Was this action proceeded by the filing of a ☐ Yes ☐ No    Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed ☐ Yes ☑ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCFC 40.2.

194

## Nature-of-Suit Codes for General Jurisdiction Cases

100  Contract – Construction – (CDA)
102  Contract – Fail to Award – (CDA)
104  Contract – Lease – (CDA)
106  Contract – Maintenance – (CDA)
108  Contract – Renovation – (CDA)
110  Contract – Repair – (CDA)
112  Contract – Sale – (CDA)
114  Contract – Service – (CDA)
116  Contract – Supply – (CDA)
118  Contract – Other – (CDA)

120  Contract – Bailment
122  Contract – Bid Preparation Costs
124  Contract – Medicare Act
126  Contract – Realty Sale
128  Contract – Subsidy
130  Contract – Surety
132  Contract – Timber Sale
134  Contract – Other

136  Contract – Other – Wunderlich

138  Contract – Protest (Pre Award)
140  Contract – Protest (Post Award)

200  Tax – Allowance of Interest
202  Tax – Declaratory Judgment – 28:1507
204  Tax – Estate

206  Tax – Excise
208  Tax – Gift
210  Tax – Income, Corporate
212  Tax – Income, Individual
213  Tax – Income, Individual (Partnership)
214  Tax – Informer's Fees
216  Tax – Preparer's Penalty
218  Tax – Railroad Retirement/Unemployment Tax Act
220  Tax – TEFRA Partnership – 28:1508
222  Tax – Windfall Profit Overpayment – Interest
224  Tax – 100% Penalty – 26:6672 – Withholding
226  Tax – Other

300  Civilian Pay – Back Pay
302  Civilian Pay – COLA
303  Civilian Pay – Disability Annuity
304  Civilian Pay – FLSA
306  Civilian Pay – Overtime Compensation
308  Civilian pay – Relocation Expenses
310  Civilian Pay – Suggestion Award
312  Civilian Pay – Other

340  Military Pay – Back Pay
342  Military Pay – CHAMPUS
344  Military Pay – Correct records
346  Military Pay – Correct/Reinstate
348  Military Pay – Reinstatement
350  Military Pay – Relocation Expenses
352  Military Pay – Retirement

354  Military Pay – SBP
355  Military Pay – CRSC
356  Military Pay – Other

500  Carrier – transportation
502  Copyright
504  Native American
506  Oil Spill Clean Up
507  Taking – Town Bluff Dam
508  Patent
509  Taking – Addicks & Barker Reservoirs
510  Taking – Personalty
512  Taking – Realty
513  Taking – Rails to Trails
514  Taking – Other
515  Unjust Conviction and Imprisonment
516  Miscellaneous – Damages
517  Miscellaneous – Affordable Care Act
518  Miscellaneous – Lease
520  Miscellaneous – Mineral Leasing Act
522  Miscellaneous – Oyster Growers Damages
524  Miscellaneous – Safety Off. Ben. Act
526  Miscellaneous – Royalty/Penalty Gas Production
528  Miscellaneous – Other
535  Informer's Reward
536  Spent Nuclear Fuel

## Nature-of-Suit Codes for Vaccine Cases

449  Injury – Hepatitis A
453  Injury – Pneumococcal Conjugate
456  Injury – DPT& Polio
457  Injury – D/T
458  Injury – DTP/DPT
459  Injury - Measles
460  Injury – M/M/R
461  Injury – Measles/Rubella
462  Injury – Mumps
463  Injury – Pertussis
464  Injury – Polio – inactive
465  Injury – Polio – other
466  Injury – Rubella
467  Injury – Tetanus & Diphtheria
468  Injury – Tetanus & Tox.
469  Injury – Other
484  Injury – Hepatitis B

485  Injury – Hemophilus Influenza
486  Injury – Varicella
490  Injury – Rotavirus
492  Injury – Thimerosal
494  Injury – Influenza (Flu)
496  Injury – Meningococcal
498  Injury – Human Papillomavirus

452  Death – Hepatitis A
454  Death – Pneumococcal Conjugate
470  Death – DPT & Polio
471  Death – D/T
472  Death – DTP/DPT
473  Death – Measles
474  Death – M/M/R
475  Death – Measles/Rubella
476  Death – Mumps

477  Death – Pertussis
478  Death – Polio – inactive
479  Death – Polio – other
480  Death – Rubella
481  Death – Tetanus & Diphtheria
482  Death – Tetanus & Tox.
483  Death – Other
487  Death – Hepatitis B
488  Death – Hemophilus Influenza
489  Death – Varicella
491  Death – Rotavirus
493  Death – Thimerosal
495  Death – Influenza (Flu)
497  Death – Meningococcal
499  Death – Human Papillomavirus

## AGENCY CODES

| | | | |
|---|---|---|---|
| **AGR** | Agriculture | **SBA** | Small Business Administration |
| **AF** | Air Force | **TRN** | Department of Transportation |
| **ARM** | Army | **TRE** | Department of Treasury |
| **AEC** | Atomic Energy Commission | **VA** | Department of Veterans Affairs |
| **COM** | Department of Commerce | **VAR** | Various Agencies |
| **DOD** | Department of Defense | **O** | Other |
| **DOE** | Department of Energy | | |
| **ED** | Department of Education | | |
| **EPA** | Environmental Protection Agency | | |
| **GPO** | Government Printing Office | | |
| **GSA** | General Services Administration | | |
| **HHS** | Health and Human Services | | |
| **DHS** | Department of Homeland Security | | |
| **HUD** | Housing and Urban Development | | |
| **DOI** | Department of the Interior | | |
| **ICC** | Interstate Commerce Commission | | |
| **DOJ** | Department of Justice | | |
| **LAB** | Department of Labor | | |
| **MC** | Marine Corps | | |
| **NAS** | National Aeronautical Space Agency | | |
| **NAV** | Navy | | |
| **NRC** | Nuclear Regulatory Commission | | |
| **PS** | Postal Service | | |
| **STA** | State Department | | |