## UNITED STATES COURT OF FEDERAL CLAIMS

METROPOLITAN TRANSPORTATION
AUTHORITY,

              *Plaintiff*,

         v.

UNITED STATES OF AMERICA,

              *Defendant*.

Case No. **26-422 C** _____

## PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER SEAL

Pursuant to Rule 5.2(d) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff the Metropolitan Transportation Authority ("MTA") respectfully moves this Court to grant leave for the MTA to file under seal Exhibits 1, 2, and 6 to the MTA's Complaint.

In support of this motion, the MTA states as follows:

1. Exhibits 1 and 2 contain information that is proprietary and confidential. Specifically, Exhibits 1 and 2 are the MTA's agreements with the Federal Government and contain the MTA's cost estimates for various stages of Second Avenue Subway Project Phase 2 ("SAS2").

2. Exhibit 6 contains information that is proprietary and confidential. Specifically, Exhibit 6 details the MTA procurement process, the staff involved in that process (including their contact details), and the methods and criteria used.

3. There is good cause to seal the Exhibits because, if the information contained therein were disclosed publicly, it would prejudice the MTA's ability to negotiate with its contractors and subcontractors. The public disclosure of the Exhibits could also affect pending procurements and future procurements.

4.          Accordingly, the MTA hereby moves the Court for leave to file under seal Exhibits 1, 2, and 6 to the MTA's Complaint.

Dated:  March 17, 2026
       New York, New York

Respectfully submitted,

Roberta A. Kaplan
D. Brandon Trice
Maximilian T. Crema
KAPLAN MARTIN LLP
1133 Avenue of the Americas Suite 1500
New York, NY 10036
Tel.: (212) 316-9500
rkaplan@kaplanmartin.com
btrice@kaplanmartin.com
mcrema@kaplanmartin.com

*Attorneys for Plaintiff*

2