# In the United States Court of Federal Claims

|  |  |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | No. 26-422<br>(Filed: March 18, 2026) |

**ORDER**

On March 17, 2026, Plaintiff filed a Complaint initiating the instant action. ECF 1. Plaintiff simultaneously filed a Motion for Expedited Briefing, requesting an order setting an expedited schedule on Plaintiff's anticipated Motion for Partial Summary Judgment. ECF 3. Given the nature of Plaintiff's request, the Government is **ORDERED** to **FILE** its response to Plaintiff's Motion for Expedited Briefing on or before **Friday, March 20, 2026**. Plaintiff shall **FILE** its reply in support of its Motion on or before **Wednesday, March 25, 2026**.

**IT IS SO ORDERED.**

 /s/ Philip S. Hadji
PHILIP S. HADJI
Judge