**UNITED STATES COURT OF FEDERAL CLAIMS**

METROPOLITAN TRANSPORTATION
AUTHORITY,

<em>Plaintiff,</em>

v.

UNITED STATES OF AMERICA,

<em>Defendant.</em>

Case No. 26 Civ. 422

Hon. Philip S. Hadji

<u>**DECLARATION OF JAIBALA PATEL**</u>

I, Jaibala Patel, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am the Chief Financial Officer of the Metropolitan Transportation Authority ("MTA").

2.      In Phase 1 of the Second Avenue Subway Project, the MTA extended the Q subway line from 63rd to 96th Street, building additional stations at 63rd, 72nd, 86th, and 96th Streets, and thereby expanding transit access to nearly 200,000 riders each day on the Upper East Side.

3.      Phase 2 of the Second Avenue Subway Project ("SAS2" or "the Project") builds on this success by extending the Q line into East Harlem, adding two new stations at 106th and 116th Streets, and a third station at 125th that will connect to the 4, 5, and 6 subway lines and the Metro-North train station that connects Manhattan to the rest of New York and the tri-state area.

4.      SAS2 will service an additional 110,000 daily riders beyond those already serviced by Phase 1 and lead to more than 70,000 jobs, including union-wage construction jobs.  SAS2 will also finally bring modern transit access to East Harlem, which is one of New York's most transit-reliant neighborhoods, with 71 percent of its residents using public transportation to get to work (compared to a city-wide average of 56 percent).

5.      The MTA awarded a major contract to relocate and upgrade existing infrastructure under the Second Avenue roadway in January 2024.  Similarly, in August 2025, the MTA entered into an

approximately $1.972 billion agreement to bore two tunnels and associated cross passages from 120th Street and Second Avenue to 125th Street west of Park Avenue—a process involving 750-ton machines equipped with 22-foot diamond-studded drill heads tunneling between 35 to 120 feet below the Second Avenue roadway.  The August 2025 contract also covers the rehabilitation of existing tunnels from 106th to 120th Street, the excavation and construction of seven shafts for ancillary buildings and station entrances, and construction of the structural shells for the new 116th and 125th Street stations.

6.      Over the course of the last two years, the MTA has implemented the Project, including by providing the funding that it had promised.  DOT, in turn, has honored its funding commitment by issuing reimbursements to the MTA within 30 days of each request (and typically much quicker than that).

7.      The MTA submitted its first request for reimbursement under the FFGA on January 5, 2024 for $49,185,075.00, and DOT paid the reimbursement four days later on January 9, 2024. Since then, up until September 30, 2025, DOT honored every one of the MTA's 94 requests for reimbursement within days of the request. Attached as **Exhibit 1** is a table summarizing the date of each reimbursement request, the date of reimbursement, and the amount disbursed by DOT.

8.      Following the September 30 Letter, the MTA continued to submit reimbursement requests to DOT through ECHO-Web, including on October 7, 8, 14, and 23, 2025.

9.      During a meeting on October 28, 2025, DOT instructed the MTA to cease submitting reimbursement requests.

10.     The MTA continued to submit reimbursement requests through DOT's online payment system.  From October 29, 2025 through January 28, 2026, the MTA submitted an additional 30 reimbursement requests.

11.     After the MTA's submission on January 28, 2026, DOT suspended the grant in the ECHO-Web system used to submit reimbursement requests, and disabled the MTA's ability to submit reimbursements.

12.    Had its SAS2 grant access to ECHO-Web not been disabled, the MTA would have submitted the following requests for reimbursement in substantially the same form as the reimbursement requests that it submitted prior to the September 30 Letter which were paid by DOT: (1) a request for $97,432.65 on February 6, 2026; (b) a request for $2,147,897.83 on February 9, 2026; and (c) a request for $3,550,830.62 on February 10, 2026.

13.    On December 10, 2025, the MTA sent a letter to DOT in which the MTA provided certain certifications requested by DOT.  ECF 1-7.  The MTA received no response.

14.    On February 25, 2026, the MTA sent DOT a letter addressed to Matthew Welbes, Executive Director of the FTA, and Angela Williams, Acting Deputy Director of the DOT Office of Civil Rights, to demand payment of the past due amounts by March 6, 2026.  The letter notified DOT of the MTA's intention to seek expedited judicial relief if DOT failed to do so.  The MTA received no response.  To date, DOT has not resumed disbursements for the Project.  Attached as **Exhibit 2** is a true and correct copy of the February 25, 2026 letter from the MTA to DOT.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated:  March 20, 2026
        New York, New York

*Jaibala Patel*

Jaibala Patel
Chief Financial Officer
Metropolitan Transportation Authority