# In the United States Court of Federal Claims

|  |  |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY,<br><br>                    *Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>                    *Defendant.* | No. 26-422<br>(Filed: March 24, 2026) |

## ORDER

On March 17, 2026, Plaintiff filed a Complaint initiating the instant action. ECF 1. Plaintiff simultaneously filed a Motion for Expedited Briefing, requesting an order setting its proposed schedule on a forthcoming Motion for Partial Summary Judgment and a status conference. ECF 3. The Government responded on March 20, 2026, opposing Plaintiff's request for expedited consideration. ECF 12. Plaintiff has now filed that Motion for Partial Summary Judgment. ECF 13. For good cause shown, Plaintiff's Motion for Expedited Briefing (ECF 3) is **GRANTED IN PART** and **DENIED IN PART**. The Court largely adopts the timeline in Plaintiff's proposed schedule, adjusted based on the day of the filing of this order, and moves the proposed oral argument up by one day. As the Court viewed the purpose of the proposed status conference as an opportunity to discuss the schedule, it sees no need to hold one at this time. Accordingly, the parties are **ORDERED** to adhere to the following briefing schedule:

| | |
|---|---|
| Government's Response to Plaintiff's Motion for Partial Summary Judgment | April 7, 2026 |
| Plaintiff's Reply in support of its Motion for Partial Summary Judgment | April 13, 2026, 11 AM ET |

Additionally, the Court will hold oral argument on Plaintiff's Motion for Partial Summary Judgment on **Thursday, April 16, 2026, at 1:30 PM ET** at the Howard T. Markey National Courts Building, 717 Madison Place NW, Washington, DC. The Court will update the docket to notify parties of the assigned courtroom. Lastly, the Court anticipates issuing a written opinion on Plaintiff's Motion for Partial Summary Judgment by the end of April.

**IT IS SO ORDERED.**

 /s/ Philip S. Hadji
PHILIP S. HADJI
Judge