# In the United States Court of Federal Claims

<table>
<tr><td>

METROPOLITAN TRANSPORTATION
AUTHORITY,

        *Plaintiff,*

v.

THE UNITED STATES,

        *Defendant.*

</td><td>

No. 26-422
(Filed: April 9, 2026)

</td></tr>
</table>

## ORDER

On March 17, 2026, Plaintiff filed a Complaint initiating the instant action. ECF 1. Plaintiff simultaneously filed a Motion to Seal certain exhibits (ECF 2), which this Court granted. As a result, Exhibits 1, 2, 3, and 6 of the Complaint are currently sealed. Because Exhibit 1, the Full Funding Grant Agreement, is sealed, the Government filed its response to Plaintiff's Motion for Partial Summary Judgment (ECF 16) under seal and stated that it would confer with Plaintiff about redactions. *See* ECF 16 at 1, n.1.

By **Tuesday, April 14, 2026**, the parties are **ORDERED** to meet and confer to discuss filing a public version of Exhibit 1 of the Complaint and whether any redactions are necessary to the Government's response to Plaintiff's Motion for Partial Summary Judgment (ECF 16). By **Tuesday, April 14, 2026**, Plaintiff **SHALL FILE** a public version of Exhibit 1 (ECF 1-1), redacted as necessary. Given Plaintiff's representations in the Motion to Seal (ECF 2) and the frequent citations to Exhibit 1 in Plaintiff's public complaint (ECF 1), the Court expects that the body of the Full Funding Grant Agreement does not contain information that warrants redaction. The Court does, however, recognize that attachments to the Full Funding Grant Agreement contain sensitive information that warrant remaining under seal. Accordingly, Plaintiff may omit, or fully redact, entire attachments to the Full Funding Grant Agreement to the extent warranted by the rationale in Plaintiff's Motion to Seal (ECF 2). In addition, by **Tuesday, April 14, 2026**, the Government **SHALL FILE** a public version of its Response to Plaintiff's Motion for Partial Summary Judgment (ECF 16), including the Appendix (a publicly available document). The Court does not expect that any portion of the Government's Response needs to be redacted. To the extent that the parties believe any part of the body of the Full Funding Grant Agreement or the Government's Response should be redacted, or otherwise cannot agree on redactions, the parties shall file a joint status report explaining the parties' respective positions on redactions and the legal basis for those positions.

Finally, the Clerk's Office is **DIRECTED** to unseal Exhibit 3 of the Complaint (ECF 1-46). This document is the September 30, 2025 letter from the Department of Transportation to the MTA. The document was erroneously sealed because the docket text of Plaintiff's Motion to Seal (ECF 2) included this Exhibit, but the motion itself does not request to seal that document and does

not indicate that the letter contains any sensitive information. As a result, it should no longer be sealed on the docket.

**IT IS SO ORDERED.**

 /s/ Philip S. Hadji
PHILIP S. HADJI
Judge