# In the United States Court of Federal Claims

|  |  |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY,<br><br>   *Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>   *Defendant.* | No. 26-422<br>(Filed: April 16, 2026) |

## ORDER

On April 16, 2026, the Court held oral argument in this matter. Based on the Government's representations during oral argument and in its latest filing (ECF 21), it appears that payment of some or all claims in this matter may be imminent. Accordingly, the parties are **ORDERED** to **FILE** a Joint Status Report by **April 22, 2026**. The report shall describe (1) the status of Plaintiff's access to the ECHO-Web system; (2) the status of payments DOT has made to Plaintiff since the oral argument, if any; and (3) the parties' positions on potential dismissal of claims in this case, especially in light of Judge Hertling's opinion in *Gateway Development Commission v. United States*, No. 26-176, 2026 WL 730764 (Fed. Cl. Mar. 12, 2026). In addition, the parties shall propose a schedule for further proceedings in this matter.

   **IT IS SO ORDERED.**

         /s/ Philip S. Hadji
         PHILIP S. HADJI
         Judge