## UNITED STATES COURT OF FEDERAL CLAIMS

METROPOLITAN TRANSPORTATION
AUTHORITY,

<em>Plaintiff,</em>

v.

UNITED STATES OF AMERICA,

<em>Defendant.</em>

Case No. 26-422C

Hon. Philip S. Hadji

## <u>DECLARATION OF JAIBALA PATEL</u>

I, Jaibala Patel, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am the Chief Financial Officer of the Metropolitan Transportation Authority ("MTA").

2.      In November 2023, the MTA entered into a Full Funding Grant Agreement ("FFGA") with U.S. Department of Transportation ("DOT") for construction of the Second Avenue Subway Project Phase 2 (the "Project").  ECF 20.

3.      The MTA submitted its first request for reimbursement on January 5, 2024 for $49,185,075.00.  DOT paid that reimbursement on January 9, 2024.  From January 5, 2024 through September 30, 2025, when DOT announced that it was initiating a review of the Project and would suspend disbursements for the Project pending the review, DOT paid every one of the MTA's 94 requests for reimbursement within days of the request.

4.      Following the September 30 Letter, the MTA continued to submit reimbursement requests through DOT's online payment system, ECHO-Web, including on October 7, 8, 14, and 23, 2025.

5.      During a meeting on October 28, 2025, DOT instructed the MTA to cease submitting reimbursement requests.

6.      Still, the MTA continued to submit reimbursement requests.  From October 29, 2025 through January 28, 2026, the MTA submitted an additional 30 reimbursement requests through ECHO-Web.

7.      After the MTA's submission on January 28, 2026, DOT suspended the grant in the ECHO-Web system.  Had that not happened, the MTA would have submitted the following requests for reimbursement in substantially the same form as the prior reimbursement requests: (1) for $97,432.65 on February 6, 2026; (2) for $2,147,897.83 on February 9, 2026; and (3) for $3,550,830.62 on February 10, 2026 (together, the "Unsubmitted Requests").

8.      On March 17, 2026, the MTA filed suit against DOT alleging that DOT breached the FFGA by failing to timely disburse funding for the Project.  ECF 1.

9.      On April 16, 2026, the day of the scheduled argument on the MTA's motion for partial summary judgment (ECF 13), DOT informed the MTA that it "ha[d] completed its civil rights administrative review" of the Project and "is resuming the processing of reimbursement requests pursuant to normal procedures."  ECF 21 at 4, 5.  DOT instructed the MTA to resubmit its outstanding reimbursement requests through ECHO-Web "to ensure prompt payment." *Id.* at 4.

10.      On April 17, 2026, the MTA submitted reimbursement requests through the ECHO-Web portal seeking disbursement of $64,636,111.00 in total.  This amount includes: (1) $52,847,277 in submitted reimbursement requests that form the basis of Count I of the Complaint; (2) $5,796,161 in Unsubmitted Requests that form the basis of Count II of the Complaint; and (3) a further $5,992,672 that arose during the pendency of this case.

11.     **Exhibits 1** is a true and correct copy of a reimbursement request submitted by the MTA on April 17, 2026 for $41,899,222.

12.     **Exhibit 2** is a true and correct copy of a reimbursement request submitted by the MTA on April 17, 2026 for $5,986,255.

13.     **Exhibit 3** is a true and correct copy of a reimbursement request submitted by the MTA on April 17, 2026 for $104,199.

14.     **Exhibit 4** is a true and correct copy of a reimbursement request submitted by the MTA on April 17, 2026 for $16,646,435.

15.     Exhibits 1 and 2 include (among others) the three Unsubmitted Requests for reimbursement that DOT prevented the MTA from submitting through ECHO-Web on February 6, 9, and 10, 2026, as outlined in Paragraph 5 above and in Count II of the Complaint.

16.     On April 20, 2026, DOT paid the reimbursement requests reflected in Exhibits 1 and 2.

17.     On April 21, 2026, DOT paid the reimbursement requests reflected in Exhibits 3 and 4.

18.     As a result, all outstanding reimbursements that form the basis of Counts I and II of the Complaint have now been paid.

Dated:  April 22, 2026
        New York, New York

*Jaibala Patel*
_____
Jaibala Patel
Chief Financial Officer
Metropolitan Transportation Authority