# In the United States Court of Federal Claims

|  |  |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY, *Plaintiff,* v. THE UNITED STATES, *Defendant.* | No. 26-422 (Filed: April 23, 2026) |

**ORDER**

On April 22, 2026, the parties filed a Joint Status Report representing that the Government has paid all damages sought in Counts I and II of the Complaint. *See* ECF 15 at 1. The parties propose two different approaches for next steps in this case. The Court will hold a status conference in this matter on **Monday, April 27, 2026, at 2:00 PM ET.** The Court will email the parties with videoconference access instructions.

**IT IS SO ORDERED.**

 /s/ Philip S. Hadji
PHILIP S. HADJI
Judge