# In the United States Court of Federal Claims

|  |  |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY, | |
| *Plaintiff,* | No. 26-422 |
| v. | (Filed: April 27, 2026) |
| THE UNITED STATES, | |
| *Defendant.* | |

**ORDER**

On April 22, 2026, the parties filed a joint status report advising on the status of payments to Plaintiff and proposing further proceedings. ECF 25. On April 27, 2026, the Court held a status conference to discuss the parties' respective proposals. In accordance with the discussion at the status conference, the parties are **ORDERED** to adhere to the following schedule:

| | |
|---|---|
| Amended Complaint | May 27, 2026 |
| Answer | June 26, 2026 |

**IT IS SO ORDERED.**

/s/ Philip S. Hadji
PHILIP S. HADJI
Judge