# In the United States Court of Federal Claims

<table>
<tr><td>

METROPOLITAN TRANSPORTATION
AUTHORITY,

       *Plaintiff,*

v.

THE UNITED STATES,

       *Defendant.*

</td><td>

No. 26-422
(Filed: June 29, 2026)

</td></tr>
</table>

## ORDER

On May 27, 2026, Plaintiff filed an Amended Complaint in the instant action. ECF 31. On June 26, 2026, the Government filed a Partial Motion to Dismiss, which only seeks to dismiss *some* of the damages sought in the Amended Complaint ("lost investment income" and pre-judgment interest). *See* ECF 32 at 1. Even assuming the Government is correct on the merits, the Court finds it inefficient at this early stage to delay this case over a narrow dispute about what monetary relief is available to Plaintiff. Because the Government's Partial Motion to Dismiss (ECF 32) does not serve to secure a just, speedy, and inexpensive determination of the action, it is therefore **DENIED** without prejudice. The parties are **ORDERED** to adhere to the following schedule:

| | |
|---|---|
| Government's Answer | July 10, 2026 |
| Joint Preliminary Status Report | July 24, 2026 |

**IT IS SO ORDERED.**

       /s/ Philip S. Hadji
       PHILIP S. HADJI
       Judge