IN THE UNITED STATES COURT OF FEDERAL CLAIMS

METROPOLITAN TRANSPORTATION      )
AUTHORITY,                       )
                                 )
      Plaintiff,               )
                                 )     No. 26-422C
  v.                            )     (Judge Hadji)
                                 )
THE UNITED STATES,               )
                                 )
      Defendant.              )

JOINT MOTION FOR AN EXTENSION OF TIME
TO FILE THE JOINT PRELIMINARY STATUS REPORT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, plaintiff, Metropolitan Transportation Authority (MTA), and defendant, the United States, jointly and respectfully request a 14-day extension of time, to and including August 7, 2026, within which to file the joint preliminary status report (JPSR).  The JPSR is currently due by July 24, 2026.  ECF No. 33.  This is the parties' first request for an extension of time for this purpose.

Counsel for the parties have begun working on the JPSR, and met to discuss it on July 20, 2026.  Counsel for both parties have obligations in other cases that have prevented and will continue to prevent them from devoting the necessary attention to this matter by the current July 24, 2026 deadline.

Among other things, counsel for MTA have been participating in a trial that began on July 7, 2026, and is expected to continue through mid-August, 2026.

Counsel for defendant has been handling a recent bid protest, *Momentus Space, LLC v. United* States, No. 26-911C (Fed. Cl.), on an expedited schedule.  In that case, the Government's combined motion to dismiss and opposition to plaintiff's motion for preliminary injunctive relief

is due by July 24, 2026, and the Government's reply brief in support of its motion to dismiss is due by July 31, 2026.

Thus, the parties submit that there is good cause for an extension.  We expect that the requested 14-day extension of time, to and including August 7, 2026, will provide sufficient time to finish the JPSR.  For these reasons, we respectfully request that the Court grant the parties' joint motion for a 14-day extension of time.

Respectfully submitted,

/s/ Roberta A. Kaplan
Roberta A. Kaplan
D. Brandon Trice
Maximilian T. Crema
KAPLAN MARTIN LLP
1133 Avenue of the Americas | Suite 1500
New York, NY 10036
Tel.: (212) 316-9500
rkaplan@kaplanmartin.com
btrice@kaplanmartin.com
mcrema@kaplanmartin.com

*Attorneys for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

MARTIN F. HOCKEY, JR.
Deputy Director

/s/ Joshua A. Mandlebaum
JOSHUA A. MANDLEBAUM
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel.  (202) 532-5409
joshua.a.mandlebaum@usdoj.gov

July 21, 2026

Attorneys for Defendant