# In the United States Court of Federal Claims

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY, <br><br> *Plaintiff,* <br><br> v. <br><br> THE UNITED STATES, <br><br> *Defendant.* | No. 26-422 <br> (Filed: July 21, 2026) |

**ORDER**

On July 21, 2026, the parties filed a Joint Motion for an Extension of Time to File the Joint Preliminary Status Report. ECF 36. The parties request a 14-day extension, citing obligations from other cases as necessitating the extension. ECF 36 at 1. For good cause shown, the parties' Motion is **GRANTED**. The parties shall **FILE** the JPSR on or before **August 7, 2026**.

**IT IS SO ORDERED.**

/s/ Philip S. Hadji
PHILIP S. HADJI
Judge