# In the United States Court of Federal Claims

|  |  |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY, <br><br> *Plaintiff,* <br><br> v. <br><br> THE UNITED STATES, <br><br> *Defendant.* | No. 26-422 <br> (Filed: August 7, 2026) |

## ORDER

On August 7, 2026, the parties filed a Joint Motion for an Extension of Time to File the Joint Preliminary Status Report. ECF 38. The parties request a four-day extension, citing that more time is needed to reach agreement on a joint case-management proposal. ECF 38 at 1. The parties represent that the extension will provide them with time to consider proposals exchanged on August 7, 2026. ECF 38 at 1. In the interest of the efficient administration of justice in this matter, the parties' Motion is **GRANTED**. The parties shall **FILE** the JPSR on or before **August 11, 2026**. No further extension of this deadline will be granted.

**IT IS SO ORDERED.**

 /s/ Philip S. Hadji
PHILIP S. HADJI
Judge