# In the United States Court of Federal Claims

METROPOLITAN TRANSPORTATION
AUTHORITY,

       *Plaintiff,*

v.

THE UNITED STATES,

       *Defendant.*

No. 26-422
(Filed: August 13, 2026)

**ORDER**

On August 11, 2026, the parties filed a Joint Preliminary Status Report. ECF 40. As before, the parties propose different approaches for next steps in this case. The Court will hold a status conference in this matter on **Thursday, August 27, 2026, at 12:00 PM ET.** The Court will email the parties with videoconference access instructions.

       **IT IS SO ORDERED.**

           /s/ Philip S. Hadji
           PHILIP S. HADJI
           Judge