# In the United States Court of Federal Claims

METROPOLITAN TRANSPORTATION AUTHORITY,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

No. 26-422
(Filed: August 27, 2026)

**ORDER**

On August 11, 2026, the parties filed a joint preliminary status report proposing their preferred schedules for discovery and dispositive briefing. ECF 40. On August 27, 2026, the Court held a status conference to discuss the parties' respective proposals. The Court does not find that bifurcation and piecemeal briefing would secure the just, speedy, and inexpensive determination of this matter. Accordingly, the parties are **ORDERED** to adhere to the following schedule:

| | |
|---|---|
| Initial Disclosures | October 19, 2026 |
| Completion of fact discovery | February 22, 2027 |
| JSR addressing the need for expert discovery and proposing further proceedings, to include the filing of all dispositive motions | March 8, 2027 |

**IT IS SO ORDERED.**

/s/ Philip S. Hadji
PHILIP S. HADJI
Judge